UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIKEAL GLENN STINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| V. | § | 3:13-CV-4253-B |
| | § | |
| FEDERAL BUREAU OF PRISONS | § | |
| DESIGNATION AND SENTENCE | § | |
| COMPUTATION UNIT, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Plaintiff's motion to proceed *in forma pauperis* [Dkt. No. 4] is DENIED.

SO ORDERED this 17th day of December, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE